· Grafton, }
March 7, 1902. }

### SWAIN *v.* KNAPP, *Ex'x.*

BILL IN EQUITY, for leave to appeal from the report of the commissioner upon the estate of Arthur Knapp, deceased. At the April term, 1901, of the superior court the bill was dismissed by *Stone*, J., upon motion of the defendant, and the plaintiff excepted.

*Samuel B. Page*, for the plaintiff, cited P. S., c. 200, ss. 2, 7.

*Burleigh & Adams*, for the defendant.

PARSONS, J. The court has no power to grant the relief asked. *Reed* v. *Prescott*, 70 N. H. 88 ; *Parsons* v. *Parsons*, 67 N. H. 419 ; *Jones* v. *Martin*, 67 N. H. 334 ; *Parsons* v. *Parsons*, 67 N. H. 296 ; *Hilton* v. *Wiggin*, 46 N. H. 120 ; *Peabody's Petition*, 40 N. H. 342, 444 ; *Sheafe* v. *Sheafe*, 29 N. H. 269, 272 ; *Smith* v. *McDaniel*, 15 N. H. 474, 475 ; *Dyer* v. *Stanwood*, 6 N. H. 411.

*Exception overruled.*

All concurred.